IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHANDRA LYONS                                                                PLAINTIFF
ADC #704518

v.                              No. 4:14-cv-618-DPM-JJV

FITZHUGH, Judge; DOE, Kat, Sheriff;
ROBERT MCCLURE, Prosecutor;
HARMMON, Sheriff; ACOSTA, Sheriff;
BOWA, Sheriff; FELLMAN, Sheriff;
STEELE, Sheriff; and RITA HOWARD                                 DEFENDANTS

## ORDER

Magistrate Judge Volpe ordered Lyons to pay the filing fee within 14 days or have her case dismissed. № 2. Those days have passed without payment from Lyons. The Court therefore dismisses her complaint without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
U.S. District Court Judge

15 December 2014