IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHANDRA LYONS**  PLAINTIFF
**ADC #704518**

v.  No. 4:14-cv-618-DPM

**FITZHUGH, Judge; DOE, Kat, Sheriff;
ROBERT MCCLURE, Prosecutor;
HARMMON, Sheriff; ACOSTA, Sheriff;
BOWA, Sheriff; FELLMAN, Sheriff;
STEELE, Sheriff; and RITA HOWARD**  DEFENDANTS

## JUDGMENT

Lyons's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
U.S. District Court Judge
15 December 2014